## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 7 |
|     STEVEN D. BALLINGER, | ) | |
|     PATRICIA ANN BALLINGER, | ) | |
| | ) | |
|     Debtors, | ) | |
| | ) | BK    13-60271 |
| | ) | |
|     ROBERT T. BRUEGGE, Trustee, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | ADV   19- |
| V | ) | |
| | ) | |
|     ARCHER SYSTEMS LLC, | ) | |
| | ) | |
|     Defendant. | ) | |

## **COMPLAINT FOR TURNOVER**

COMES NOW the Plaintiff, Robert T. Bruegge, Trustee, in the above referenced cause and for his Complaint for Turnover against the Defendant, ARCHER Systems LLC, states as follows:

1. That on June 27, 2013, the Debtors filed for relief under Chapter 7 of the Bankruptcy Code.

2. That the Plaintiff was duly appointed as Chapter 7 Trustee of the Debtor's bankruptcy estate and continues to serve in that capacity.

3. That this is a "core" proceeding under 28 U.S.C. § 157(b)(2)(A), (b)(2)(F) and (b)(2)(O).

4. That venue is proper in this Court pursuant to 28 U.S.C. § 1409.

5. That this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(1).

6. That on July 19, 2013, the Chapter 7 Trustee filed his Report of No Distribution.

7. That on October 8, 2013, the Court entered the Order Closing Case and closed the instant bankruptcy case.

8. That on December 3, 2018, the Trustee received an e-mail from Sherrie Stockwell, a representative of the Defendant, ARCHER Systems LLC, advising the Joint Debtor, Patricia Ann Ballinger, was due to receive a gross award of Sixty-Seven Thousand Five Hundred Dollars ($67,500.00), resulting from a product liability claim.

9. That on December 11, 2018, the Plaintiff notified Ms. Stockwell, a representative of the Defendant, ARCHER Systems LLC, via e-mail of the bankruptcy estate's interest in the product liability settlement and requesting copies of the attorney contracts so an Application to Employ Attorneys could be filed.

10. That on December 11, 2018, Ms. Stockwell, a representative of the Defendant, ARCHER Systems LLC, responded that she had requested the attorney contracts and would send upon receipt.

11. That on December 12, 2018, the Plaintiff filed a Motion to Reopen the Debtors' bankruptcy proceeding to allow for the recovery and distribution of the product liability lawsuit.

12. That on December 14, 2018, the Debtors' Bankruptcy Case was reopened.

13. That on December 18, 2018, the Plaintiff e-mailed a copy of the Order Granting Motion to Reopen Case to Ms. Stockwell, a representative of the Defendant, ARCHER Systems LLC.

14. That on December 19, 2018, the Plaintiff received an e-mail from Ms. Stockwell, a representative of the Defendant, ARCHER Systems LLC, requesting the Application to Employ Attorneys in Word format and information regarding the attorneys employed and the attorney fee division.

15. That on December 19, 2018, the Plaintiff responded to Ms. Stockwell, a representative of the Defendant, ARCHER Systems LLC, advising a copy of the attorney/client contract was required to prepare an Application to Employ Attorneys.

16. That on December 19, 2018, the Plaintiff received a copy of a retainer agreement from Ms. Stockwell, a representative of the Defendant, ARCHER Systems LLC, via e-mail.

17. That on January 7, 2019, the Plaintiff e-mailed Ms. Stockwell, a representative of the Defendant, ARCHER Systems LLC, the Application to Employ Attorneys and the proposed order in Word format as requested.

18. That on January 28, 2019, the Trustee received an email from Ms. Stockwell, a representative of the Defendant, ARCHER Systems LLC, advising of corrections and changes to the Application to Employ and inquiring as to if the Plaintiff was agreeable to the changes.

19. That on February 11, 2019, the Plaintiff e-mailed Ms. Stockwell, a representative of the Defendant, ARCHER Systems LLC, advising the changes to the Application to Employ Attorneys were acceptable.

20. That on February 25, 2019, the Trustee received an email from Ms. Stockwell, a representative of the Defendant, ARCHER Systems LLC, with the executed affidavits for employment attached.

21. That on February 26, 2019, the Plaintiff e-mailed Ms. Stockwell, a representative of the Defendant, ARCHER Systems LLC, a copy of the filed Application to Employ Attorneys.

22. That on February 27, 2019, the Plaintiff e-mailed Ms. Stockwell, a representative of the Defendant, ARCHER Systems LLC, a copy of the Order Granting Application to Employ Attorneys.

23. That on May 28, 2019, the Plaintiff sent a letter via e-mail to Ms. Stockwell, a representative of the Defendant, ARCHER Systems LLC, inquiring as to the status of the pending litigation.

24. That on June 12, 2019, the Plaintiff sent a second letter via e-mail to Ms. Stockwell, a representative of the Defendant, ARCHER Systems LLC, inquiring as to the status of the pending litigation.

25. That on June 27, 2019, the Plaintiff sent a third letter to Ms. Stockwell, a representative of the Defendant, ARCHER Systems LLC, inquiring as to the status of the pending litigation and the failure to respond to the May 28, 2019 and June 12, 2019 letters.

26. That on September 18, 2019, the Plaintiff sent a letter to the Defendant, ARCHER Systems LLC, inquiring as to the status of the pending litigation and the failure to respond to the May 28, 2019, June 12, 2019, and June 27, 2019 letters. Further, said letter advised the Defendant, ARCHER Systems LLC, this would be the Plaintiff's last request for the required information and, if no response was received by September 30, 2019, a Complaint for Turnover would be filed.

27. That, to date, the Plaintiff has received no response to either of the four (4) letters sent to the Defendant, ARCHER Systems LLC, on May 28, 2019, June 12, 2019, June 27, 2019, or September 18, 2019 nor has the Plaintiff received any information regarding the pending litigation from the Defendant, ARCHER Systems LLC.

28. That pending litigation and/or its settlement are the property of the bankruptcy estate pursuant to 11 U.S.C. § 541(a)(7).

29. That the Defendant, ARCHER Systems LLC, is in violation of 11 U.S.C. § 543(b)(2) in that "a custodian shall file an accounting of any property of the debtor, or proceeds, product,

offspring, rents, or profits of such property , that, at any time, came into the possession, sutody, or control of such custodian" as the the Defendant, ARCHER Systems LLC, has failed to respond and account to the Plaintiff's requests regarding product liability litigation.

WHEREFORE, the Plaintiff respectfully requests this Court enter an Order for the Defendant, ARCHER Systems LLC, to immediately provide the Plaintiff with the information regarding pending product liability lawsuit, granting judgment against the Defendant, ARCHER Systems LLC, in an amount equal to the attorney fees and expenses and court costs incurred with the filing of the instant Complaint, and for such other relief as the Court deems just and proper.

ROBERT T. BRUEGGE,

By: /s/ Robert T. Bruegge
Robert T. Bruegge, Trustee
130 North Main Street
PO Box 510
Edwardsville, IL 62025
(618) 301-4878
(888) 519-6101 fax
rtbruegge@lawdept.net